| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Nexus Bankruptcy**<br>**Benjamin Heston**<br>**3090 Bristol Street #400**<br>**Costa Mesa, CA 92626**<br>**Phone: (949) 312-1377**<br>**Email: ben@nexusbk.com**<br>**Bar Number: 297798**<br>**Attorney for Debtor**<br><br>☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor(s)* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -** SANTA ANA DIVISION

| In re: | CASE NO.:<br>CHAPTER: 7 |
|---|---|
| **Monica Gonzalez**<br><br>Debtor(s). | **DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)]<br><br>[No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date** (*Check only ONE box below*):

☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 11/17/2026 Monica Gonzalez [signature]
Printed name of Debtor 1 Signature of Debtor 1

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date** (*Check only ONE box below*):

☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: ________________ ______________________________ ______________________________

Printed name of Debtor 2 Signature of Debtor 2

IHSS EARNINGS STATEMENT

Monica Gonzalez | September 1-15, 2026

| IHSS IN-HOME SUPPORTIVE SERVICES | IHSS Earnings Statement * DUPLICATE * | Direct Deposit 99221019 |
|---|---|---|

| | | | |
|---|---|---|---|
| Recipient | OFELIA Q | ID | 2811943 |
| Payee/Provider | Monica Gonzalez | ID | 003536948 |

| | | |
|---|---|---|
| Service Period: | 09/01/2026 to 09/15/2026 | |
| Timesheet # | 4265798003 | |
| Process Date: | 09/22/2026 | |
| Pay Rate: | $19.64 | |
| Hours Submitted | H 60 | M 56 |
| Hours Not Paid | H 00 | M 00 |
| Total Hours Paid | H 60 | M 56 |
| Travel Hours | H 00 | M 00 |
| Overtime Hours | H 00 | M 00 |
| Sick Leave Hours | H 00 | M 00 |

| | Current | YTD |
|---|---|---|
| Regular* | $ 1,196.73 | $ 14,360.45 |
| Adjustment | $ 0.00 | $ 0.00 |
| Travel | $ 0.00 | $ 0.00 |
| Overtime | $ 0.00 | $ 0.00 |
| Sick Leave | $ 0.00 | $ 0.00 |
| **Total Gross** | **$ 1,196.73** | **$ 14,360.45** |
| **Net Pay** | **$ 1,089.61** | **$ 12,841.54** |

| **Deductions** | **Current** | **YTD** |
|---|---|---|
| Federal | $ 0.00 | $ 0.00 |
| State | $ 0.00 | $ 0.00 |
| FICA | $ 74.20 | $ 890.35 |
| Medicare | $ 17.36 | $ 208.23 |
| SDI/DIEC | $ 15.56 | $ 186.69 |
| Share of Cost | $ 0.00 | $ 53.64 |
| Dues | $ 0.00 | $ 180.00 |
| **Total Deductions** | **$ 107.12** | **$ 1,518.91** |

*Includes Overtime Hours at regular rate. Please contact your local County Office for Payment Questions.

**09/01/2026 – 09/15/2026**

**Gross: $1,196.73 | Net: $1,089.61**

Extracted from client-supplied October 25, 2026 IHSS screenshot.

IHSS EARNINGS STATEMENT

Monica Gonzalez | September 16-30, 2026

| | | |
|---|---|---|
| IHSS IN-HOME SUPPORTIVE SERVICES | IHSS Earnings Statement<br>*** DUPLICATE *** | Direct Deposit<br>99600350 |

| | | | | | |
|---|---|---|---|---|---|
| Recipient | OFELIA Q | | | ID 2811943 | |
| Payee/Provider | Monica Gonzalez | | | ID 003536948 | |
| Service Period: | 09/16/2026 to 09/30/2026 | | **Deductions** | **Current** | **YTD** |
| Timesheet # | 4267308038 | | Federal | $ 0.00 | $ 0.00 |
| Process Date: | 10/07/2026 | | State | $ 0.00 | $ 0.00 |
| Pay Rate: | $19.64 | | FICA | $ 43.92 | $ 934.27 |
| | | | Medicare | $ 10.27 | $ 218.50 |
| Hours Submitted | H 36 | M 04 | SDI/DIEC | $ 9.20 | $ 195.89 |
| Hours Not Paid | H 00 | M 00 | | | |
| Total Hours Paid | H 36 | M 04 | Share of Cost | $ 0.00 | $ 53.64 |
| Travel Hours | H | M | | | |
| Overtime Hours | H 00 | M 00 | | | |
| Sick Leave Hours | H | M | Dues | $ 45.00 | $ 225.00 |
| | **Current** | **YTD** | | | |
| Regular* | $ 708.35 | $ 15,068.80 | | | |
| Adjustment | $ 0.00 | $ 0.00 | | | |
| Travel | $ 0.00 | $ 0.00 | | | |
| Overtime | $ 0.00 | $ 0.00 | | | |
| Sick Leave | $ 0.00 | $ 0.00 | | | |
| **Total Gross** | **$ 708.35** | **$ 15,068.80** | | | |
| **Net Pay** | **$ 599.96** | **$ 13,441.50** | **Total Deductions** | **$ 108.39** | **$ 1,627.30** |

*Includes Overtime Hours at regular rate. Please contact your local County Office for Payment Questions.

**09/16/2026 - 09/30/2026 Gross: $708.35 | Net: $599.96**

Extracted from client-supplied October 25, 2026 IHSS screenshot.

# IHSS EARNINGS STATEMENT

Monica Gonzalez | October 1-15, 2026

| IHSS In-Home Supportive Services | IHSS Earnings Statement<br>* DUPLICATE * | Direct Deposit<br>99730935 |
|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| Recipient | OFELIA Q | | | ID 2811943 | |
| Payee/Provider | Monica Gonzalez | | | ID 003536948 | |
| Service Period: | 10/01/2026 to 10/15/2026 | | **Deductions** | **Current** | **YTD** |
| Timesheet # | 4268852471 | | Federal | $ 0.00 | $ 0.00 |
| Process Date: | 10/21/2026 | | State | $ 0.00 | $ 0.00 |
| Pay Rate: | $19.64 | | FICA | $ 67.50 | $ 1,001.77 |
| | | | Medicare | $ 15.78 | $ 234.28 |
| Hours Submitted | H 55 | M 26 | SDI/DIEC | $ 14.16 | $ 210.05 |
| Hours Not Paid | H 00 | M 00 | | | |
| Total Hours Paid | H 55 | M 26 | Share of Cost | $ 0.00 | $ 53.64 |
| Travel Hours | H | M | | | |
| Overtime Hours | H 00 | M 00 | | | |
| Sick Leave Hours | H | M | Dues | $ 0.00 | $ 225.00 |
| | **Current** | **YTD** | | | |
| Regular* | $ 1,088.71 | $ 16,157.51 | | | |
| Adjustment | $ 0.00 | $ 0.00 | | | |
| Travel | $ 0.00 | $ 0.00 | | | |
| Overtime | $ 0.00 | $ 0.00 | | | |
| Sick Leave | $ 0.00 | $ 0.00 | | | |
| **Total Gross** | **$ 1,088.71** | **$ 16,157.51** | | | |
| **Net Pay** | **$ 991.27** | **$ 14,432.77** | **Total Deductions** | **$ 97.44** | **$ 1,724.74** |

*Includes Overtime Hours at regular rate. Please contact your local County Office for Payment Questions.

**10/01/2026 - 10/15/2026 Gross: $1,088.71 | Net: $991.27**

Extracted from client-supplied October 25, 2026 IHSS screenshot.